UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-00341-AWI-LJO-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | ) ) | (DOCUMENT #5) |
| TEHACHAPI CONFINEMENT, SHU, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2006, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations of May 18, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted TWENTY (20) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of May 18, 2006.

IT IS SO ORDERED.

**Dated:   July 6, 2006**          /s/ Lawrence J. O'Neill
b6edp0                              UNITED STATES MAGISTRATE JUDGE