UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>vs.<br><br>TEHACHAPI CONFINEMENT, SHU,<br><br>        Defendant.<br>_____/ | 1:06-cv-00341-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which recommended the court dismiss this action for Plaintiff's failure to state a claim. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. On June 5, 2006, plaintiff filed a motion to extend time. On July 6, 2006, the court granted plaintiff an additional twenty (20) days within which to respond. On July 21, 2006, plaintiff filed

1

Objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The court agrees with the Magistrate Judge that Plaintiff cannot maintain a cause of action based on an alleged improper move because prison inmates do not have a constitutional right to be incarcerated at a particular correctional facility or to be transferred from one facility to another. Meachum v. Fano, 427 U.S. 215, 224-25 (1976).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 18, 2006, are ADOPTED IN FULL; and,

2. This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:    September 28, 2006**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE